**The below described is SIGNED.**

**Dated: February 02, 2010**

**JUDITH A. BOULDEN**
**U.S. Bankruptcy Judge**

_____

Richard C. Terry, USB No. 3216
TERRY JESSOP & BITNER
39 Exchange Place, Suite 100
Salt Lake City, Utah  84111-2705
Telephone: 801/534-0909
Fax: 801/534-1948
Email: richard@cbclaw.com

Attorneys for Wells Fargo Auto Finance, Inc.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

_____

| In re: | Bankruptcy No.  09-33973 jab |
|---|---|
| Kirk Aaron Terry and Laura Ann Terry, | Chapter 7 |
| Debtors. | Filed Electronically |
| | **AMENDED ORDER APPROVING ASSUMPTION OF EXECUTORY CONTRACT OF MAY 28, 2008** |

_____

BASED UPON the Stipulation Assuming Executory Contract Dated January 4, 2010, and based upon notice as provided under 11 U.S.C. §365, and good cause appearing,

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

**Filed: 02/01/10**

1.   Debtors' assumption of that certain lease dated May 28, 2008, by and between Debtors and Wells Fargo pertaining to a 2008 Nissan Rogue, VIN#JN8AS58V58W135063 be and the same is hereby approved.

2.   The automatic stay be and the same is hereby terminated.

3.   The Stipulation Assuming Executory Contract Dated January 4, 2010, be and the same is hereby approved.  Its terms and conditions shall become the binding order of this court.

***END OF DOCUMENT***
_____

Approved as to Substance and Form:

_____
**Robert S. Payne**
Attorney for Debtors

Approved as to Substance and Form:


/s/ Kenneth A. Rushton
**Kenneth A. Rushton**
Chapter 7 Trustee

2

CERTIFICATE OF SERVICE FOR COURT CLERK

I, Court Clerk, hereby certify that on _____, 2010, I served a copy of the foregoing ORDER APPROVING ASSUMPTION OF EXECUTORY CONTRACT DATED JANUARY 4, 2010, upon the following by first class mail, postage prepaid; or electronically via ECF:

Kirk Aaron Terry and Laura Ann Terry
(Via U.S. Mail)
4638 North Pleasant Ridge
Lehi, UT 84043

Robert S. Payne (Via ECF)
Lincoln Law Office
921 West Center
Orem, UT 84057

Kenneth A. Rushton (Via ECF)
P.O. Box 212
Lehi, UT 84043

Richard C. Terry (Via ECF)
TERRY JESSOP & BITNER
39 Exchange Place, Suite 100
Salt Lake City, UT 84111

_____

I:\1\1181\5557\stiptoassume2.wpd